**Order entered March 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01116-CR

### CYNTHIA LORRAINE WHITAKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 2
### Collin County, Texas
### Trial Court Cause No. 002-80229-2012

## ORDER

The Court **REINSTATES** the appeal.

On December 12, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel Deric King Walpole; (3) counsel has not abandoned the appeal; and (4) appellant's brief will be filed by March 27, 2013.

We **ORDER** appellant to file her brief by **MARCH 27, 2013**. Because appellant's brief is already four months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE